IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br> ROSS ET AL,<br><br>    Defendant.                                   / | No. C 04-02409 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 6, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 29, 2006.

DESIGNATION OF EXPERTS: by pltf: 9/15/06, by deft: 10/2/06 .
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 27, 2006 .

DISPOSITIVE MOTIONS **SHALL** be filed by October 27, 2006;

    Opp. Due November 10, 2006;  Reply Due November 17, 2006;

     and set for hearing no later than December 1, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2007 at 3:30 PM.

JURY TRIAL DATE: February 5, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff shall pose interrogatories re: employee locator and defendant shall answer those interrogatories within 20 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/18/06

SUSAN ILLSTON
United States District Judge