FILED
DEC X 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS,

    Plaintiff,

    v.

LIEUTENANT ROSS, et al.,

    Defendants.
    _____/

No. C-04-02409 SI (EDL)

NOTICE OF CONTINUANCE AND ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for December 14, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **December 20, 2006 at 9:00 a.m**.

By letter dated December 4, 2006, defense counsel Tim McDonough requested that Defendants M. Tuntakit and S. Roach be excused from personally appearing at the settlement conference. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendants M. Tuntakit and S. Roach be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on December 20, 2006.

If the Court concludes that the absence of these defendants is interfering with the settlement conference, the Court may continue the conference and may order personal attendance by each party.

Dated: December 7, 2006

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

COPIES FAXED TO COUNSEL OF RECORD



**Elizabeth D. Laporte**
**United States Magistrate Judge**
**U.S. District Court**
**450 Golden Gate Ave., 15th Floor**
**San Francisco, CA 94102**

# FACSIMILE

| | |
|---|---|
| **TO:** | J. Toji Calabro |
| **LOCATION:** | **Quinn Emanuel** |
| **FAX NO.:** | 875-6700 |
| | |
| **TO:** | Tim McDonough |
| **LOCATION:** | **Office of the Attorney General** |
| **FAX NO.:** | 703-5843 |

| | |
|---|---|
| **FROM:** | **Lili M. Harrell**, Courtroom Clerk |
| **PHONE:** | (415) 522-3694 |
| **FAX:** | (415) 522-3605 |
| **NUMBER OF PAGES:** | 1    (Not including this transmittal form) |
| **REMARKS:** | |