IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | No. C-04-02409 SI (EDL) |
| Plaintiff, | **ORDER TO PRODUCE PLAINTIFF AT SETTLEMENT CONFERENCE** |
| v. | |
| LIEUTENANT ROSS, et al., | |
| Defendants. / | |

Pursuant to Plaintiff's December 4, 2006 request, the Court hereby orders the California Department of Corrections, specifically Salinas Valley State Prison, to produce Plaintiff Gerry Williams in person at the settlement conference which is scheduled for December 20, 2006. The conference shall begin at 9:00 a.m., and last as long as the Court believes is necessary. Plaintiff's counsel shall contact the Courtroom Deputy at (415) 522-3694 no later than December 18, 2006 to confirm that all necessary arrangements have been made.

**IT IS SO ORDERED.**

Dated: December 12, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge