IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | No. C 04-2409 SI |
| Plaintiff, | **ORDER GRANTING IN PART MOTION FOR TRANSCRIPTS ON APPEAL** |
| v. | |
| LT. ROSS, et al., | |
| Defendants. | |

On March 8, 2007, plaintiff filed a "motion for transcripts on appeal of deposition and causation hearing." (Docket No. 125). Plaintiff has filed a notice of appeal of the Court's January 10, 2007 judgment in defendant's favor, and has been granted *in forma pauperis* status on appeal. Plaintiff's motion requests a copy of the transcript for the December 1, 2006 summary judgment hearing,[1] as well as copies of the transcripts of his deposition, as well as that of Dr. Breall.

Pursuant to 28 U.S.C. § 1915(c), the Court GRANTS plaintiff's request for a copy of the December 1, 2006 hearing transcript. The Court DENIES plaintiff's request for copies of the deposition transcripts, as the record on appeal is limited to the papers submitted in connection with defendants' summary judgment motion. Plaintiff may not supplement the record on appeal with deposition excerpts that were not originally filed by the parties in connection with the summary judgment motion.

**IT IS SO ORDERED.**

Dated: March 29, 2007

SUSAN ILLSTON
United States District Judge

---

[1] Plaintiff's papers incorrectly state that the hearing was held on December 6, 2006.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California