**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL: (415) 875-6600 FAX: (415) 875-6700

December 4, 2008

**E-filed**

The Honorable Susan Illston
United States District Court
Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Williams v. Ross, et al.*
Case No. 04-cv-02409

The case management conference has been continued to Friday, February 20, 2009, at 2:30 p.m. A joint case management conference statement shall be filed one week prior to the conference.



Dear Judge Illston:

We write jointly to ask that both the case management conference for the above referenced case, currently scheduled for Friday, December 12, 2008, and the case management conference statement, currently due on Friday, December 5, 2008, be vacated.

We ask that these dates be vacated because this case is still before the United States Court of Appeals for the Ninth Circuit, styled as *Williams v. Sotelo, et al.*, Case No. 07-15149. The Court of Appeals has yet to rule on Appellees' Petition for Rehearing.

Please let us know if we can be of further assistance to the Court.

Sincerely,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ J. Toji Calabro
*Attorneys for Plaintiff Gerry Williams*

EDMUND G. BROWN, JR.
Attorney General of the State of California

By: /s/ Timothy J. McDonough
*Attorneys for Defendants M. Tuntakit and S. Roach*

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100