IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<b>United States District Court</b><br>
For the Northern District of California

| | |
|---|---|
| WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>ROSS ET AL,<br><br>        Defendant.<br>_____ / | No. C 04-02409 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: <u>April 29, 2009</u> at <u>3:30 PM</u>.

TRIAL DATE: <u>May 11, 2009</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties may letter brief the qualified immunity issue. Defendant shall file it's letter on 2/27/09, plaintiff shall file it's response by 3/6/09 and any reply shall be filed by 3/13/09. The matter will be deemed submitted without argument.
Plaintiff may submit an application and order to speak with a possible new witness.
This case shall be reassigned to Magistrate-Judge Vadas (from Mag. Laporte) for settlement purposes. The settlement conference shall occur during the first 1/2 of April 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                    _____
                                                                                                         SUSAN ILLSTON
                                                                                                         United States District Judge