IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,

        Plaintiff,

  v.

ROSS ET AL,

        Defendant.
                                      /

No. C 04-02409 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: April ~~29~~ 28, 2009 at 3:30 PM.

TRIAL DATE: May 11, 2009 at 8:30 AM., Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties may letter brief the qualified immunity issue. Defendant shall file it's letter on 2/27/09, plaintiff shall file it's response by 3/6/09 and any reply shall be filed by 3/13/09. The matter will be deemed submitted without argument.
Plaintiff may submit an application and order to speak with a possible new witness.
This case shall be reassigned to Magistrate-Judge Vadas (from Mag. Laporte) for settlement purposes. The settlement conference shall occur during the first 1/2 of April 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge