EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
THOMAS PATTERSON
Supervising Deputy Attorney General
TIM MCDONOUGH, State Bar No. 235850
Deputy Attorney General
  Telephone: (415) 703-5606
  Email: Tim.McDonough@doj.ca.gov
NEAH HUYNH, State Bar No. 235377
Deputy Attorney General
  Telephone: (415) 703-5720
  Email: Neah.Huynh@doj.ca.gov
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Fax: (415) 703-5843
Attorneys for Defendants Tuntakit and Roach

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
TOJI CALABRO, State Bar No. 239950
  50 California Street, 22nd Floor
  San Francisco, California 94111
  tojicalabro@quinnemanuel.com
  Telephone: (415) 875-6600
  Facsimile: (415) 875-6700
Attorneys for Plaintiff Gerry Williams

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **GERRY WILLIAMS,**<br><br>                   Plaintiff,<br><br>    v.<br><br>**LIEUTENANT ROSS, et al.,**<br><br>                  Defendants. | Case No. C 04-2409 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE-OPENING FACT DISCOVERY FOR THE SOLE PURPOSE OF ALLOWING THE DEPOSITION OF WITNESS LAMBERT CHAMBERS**<br><br>Judge: The Honorable Susan Illston |

Plaintiff Williams and Defendants Tuntakit and Roach, by and through their respective

counsel, stipulate under Civil Local Rule 7-12 to the following request that the Court re-open

fact discovery until March 24, 2009 for the sole purpose of permitting the defense (or plaintiff)

to depose witness Lambert Chambers, who is currently incarcerated at Salinas Valley State Prison (SVSP). In support, the parties state the following:

1. Fact discovery closed on September 29, 2006. (Pretrial Preparation Order 1:11, Jul. 19, 2006.)

2. In February 2009, Plaintiff learned about a new inmate witness named Lambert Chambers, who "may have witnessed the events giving rise to this action, and therefore may have relevant, material testimony and evidence to provide." (Pl.'s Ex Parte Appl., Docket 146, at 2:5-6, Feb. 24, 2009.)

3. On February 26, 2009, the Court granted Plaintiff's request to direct SVSP to arrange for a telephone conference between Plaintiff's counsel and Mr. Chambers before March 6, 2009. (Order, Docket 151, Feb. 26, 2009.) The prison complied with this request.

4. On March 6, 2009, Defendants asked Plaintiff whether he intend to call Mr. Chambers as a trial witness. In response, Plaintiff reserved the right to call him. The parties thereafter reached an agreement to allow the defense to depose Mr. Chambers on March 24, 2009, the same day when the parties are scheduled for an afternoon settlement conference before Magistrate Judge Vadas at SVSP. The deposition will take place in the morning and be completed before the settlement conference.

5. Trial is scheduled to commence on May 11, 2009.

///
///
///
///
///
///
///
///
///
///

Stipulation & [Proposed] Order Re-opening Fact Disc. Sole Purpose Allowing Depo. Witness Lambert Chambers

*Williams v. Lt. Ross, et al.*
Case No. C 04-2409 SI

2

1    For the foregoing reasons, the parties respectfully request that the Court extend the fact-

2   discovery deadline until March 24, 2009 for the sole purpose of permitting the defense (or

3   plaintiff) to depose Mr. Chambers at SVSP.

4        Dated:  March 9, 2009              Respectfully submitted,

5                                           EDMUND G. BROWN JR.
                                            Attorney General of the State of California
6

7                                            /s/ Neah Huynh

                                            _____
8                                            NEAH HUYNH
                                             TIM MCDONOUGH
9                                            Deputy Attorneys General
                                             Attorneys for Defendants Tuntakit and Roach
10

11                                          QUINN EMANUEL URQUHART OLIVER
                                            & HEDGES, LLP
12

13                                           /s/ Jason Toji Calabro

                                            _____
14                                           Jason Toji Calabro
                                             Attorneys for Plaintiff Gerry Williams
15

16            ********************************************

17       PURSUANT TO STIPULATION, IT IS SO ORDERED that fact discovery is extended

18   until March 24, 2009 for the sole purpose of allowing the defense (or plaintiff) the opportunity to

19   depose Mr. Lambert Chambers at Salinas Valley State Prison.

20

21

22   _____          _____
     Date                       The Honorable Susan Illston
                                United States District Judge
23

24

25

26   20188610.wpd; SF2004401304

27

28

Stipulation & [Proposed] Order Re-opening Fact Disc. Sole Purpose Allowing          *Williams v. Lt. Ross, et al.*
Depo. Witness Lambert Chambers                                                      Case No. C 04-2409 SI

3