IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>    Plaintiff,<br><br>    v<br><br>LIEUTENANT ROSS, et al.,<br><br>    Defendants. | Case No C 04-2409 SI<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on March 24, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Tim McDonough

☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian and counsel for plaintiff, Toji. Calabro

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date:  3/25/09

_____
Nandor J Vadas
United States Magistrate Judge