IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| **GERRY WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**LIEUTENANT ROSS, et al.,**<br><br>Defendants. | Case No. C 04-2409 SI<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JEFFREY LEON MOORE, CDCR No. D-01082**<br><br>Trial Date: May 11, 2009<br><br>Time: 8:30 a.m.<br><br>Place: United States District Court<br>Northern District of California<br>Courtroom 10, Nineteenth Floor<br>The Honorable Susan Illston<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

TO THE WARDEN OF CALIFORNIA MEDICAL FACILITY OR THE CUSTODIAN OF JEFFREY LEON MOORE (CDCR No. D-01082):

Inmate **Jeffrey Leon Moore**, **CDCR No. D-01082**, is currently confined at California Medical Facility in Vacaville, California. Inmate Moore is scheduled to testify as a trial witness in the above-entitled matter beginning on May 11, 2009 at 8:30 a.m., and on all subsequent days on which the trial will be held.

1  To secure inmate Moore's attendance at this trial, the Court orders you to transport him to
2  the United States District Court, Northern District of California, Courtroom 10, The Honorable
3  Susan Illston, 450 Golden Gate Ave, San Francisco, California at the time and date noted above.
4  Upon completion of the court proceedings or as ordered by the Court, you are to return inmate
5  Moore to California Medical Facility or the appropriate institution.
6  The Court further orders you to notify the Court of any change in custody of this inmate
7  and to provide the new custodian with a copy of this writ.
8  IT IS SO ORDERED.

Dated: _____  _____
The Honorable Susan Illston
United States District Judge

2

[Proposed] Order & Writ Habeas Corpus Ad Testificandum Transport Jeffrey Leon Moore (C 04-2409 SI)

# CERTIFICATE OF SERVICE

Case Name:   **Gerry Williams v. Lieutenant Ross, et al.**   No.   **C 04-2409 SI (pr)**

I hereby certify that on **March 27, 2009**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFANDUM TO TRANSPORT INMATE JEFFREY LEON MOORE, CDCR No. D-01082**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 27, 2009**, at San Francisco, California.

|  M.M. Argarin  |  /s/ M.M. Argarin  |
| :---: | :---: |
| Declarant | Signature |

20192069.doc