UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gerry D. Williams,<br><br>  Plaintiff,<br><br> vs.<br><br>Lieutenant Ross, et al.,<br><br>  Defendants. | CASE NO. 04-2409 (SI)<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CHARLES JORDAN, CDCR NO. B-54540**<br><br>Date:  May 11, 2009<br>Time:  8:30 a.m.<br>Place:  United States District Court<br>   Northern District of California<br>   Courtroom 10, Nineteenth Floor<br>   The Honorable Susan Illston<br>   450 Golden Gate Avenue<br>   San Francisco, California 94102 |

TO THE WARDEN OF SALINAS VALLEY STATE PRISON OR THE CUSTODIAN OF CHARLES JORDAN (CDCR NO. B-54540):

In mate **Charles Jordan, CDCR No. B-54540**, is currently confined at Salinas Valley State Prison in Soledad, California. Inmate Jordan is scheduled to testify as a trial witness in the above-entitled matter beginning May 11, 2009 at 8:30 a.m., and on all subsequent days on which the trial will be held.

To secure inmate Jordan's attendance at this trial, the Court orders you to transport him to the United States District Court, Northern District of California, Courtroom 10, The Honorable

1  Susan Illston, 450 Golden Gate Avenue, San Francisco, California, at the time and date noted
2  above.  Upon completion of the court proceedings or as ordered by the Court, you are to return
3  Inmate Jordan to Salinas Valley State Prison or the appropriate institution.
4       The Court further orders you to notify the Court of any change in custody of this inmate
5  and to provide the new custodian with a copy of this writ.
6       IT IS SO ORDERED.

9  DATED: 4/6/09

The Honorable Susan Illston
United States District Judge

02635.18164/2870454.1

-2-  Case No. 04-2409 (SI)
[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CHARLES JORDAN, CDCR NO. B-54540