1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11                                          | CASE NO. 04-2409 (SI)

Gerry D. Williams,

12                                          | **[PROPOSED] ORDER & WRIT OF**
                                            | **HABEAS CORPUS AD TESTIFICANDUM**
13               Plaintiff,                 | **TO TRANSPORT GERRY WILLIAMS,**
                                            | **CDCR NO. D-77087**
14
                                            | Date:   May 11, 2009
15        vs.                               | Time:   8:30 a.m.
                                            | Place:  United States District Court
16   Lieutenant Ross, et al.,               |         Northern District of California
                                            |         Courtroom 10, Nineteenth Floor
17               Defendants.                |         The Honorable Susan Illston
                                            |         450 Golden Gate Avenue
18                                          |         San Francisco, California  94102

19

20

21   TO THE WARDEN OF SALINAS VALLEY STATE PRISON OR THE CUSTODIAN OF

22   GERRY D. WILLIAMS (CDCR NO. D-07787):

23        In mate **Gerry D. Williams, CDCR No. D-77087**, is currently confined at Salinas Valley

24   State Prison in Soledad, California.  Inmate Williams is scheduled to testify as a trial witness in

25   the above-entitled matter beginning May 11, 2009 at 8:30 a.m., and on all subsequent days on

26   which the trial will be held.

27        To secure inmate Williams's attendance at this trial, the Court orders you to transport him

28   to the United States District Court, Northern District of California, Courtroom 10, The Honorable

Case No. 04-2409 (SI)

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GERRY
WILLIAMS. CDCR NO. D-77087

1  Susan Illston, 450 Golden Gate Avenue, San Francisco, California, at the time and date noted

2  above.  Upon completion of the court proceedings or as ordered by the Court, you are to return

3  Inmate Williams to Salinas Valley State Prison or the appropriate institution.

4      The Court further orders you to notify the Court of any change in custody of this inmate

5  and to provide the new custodian with a copy of this writ.

6      IT IS SO ORDERED.

7

8

9  DATED: __ 4/6/09 _____      _____

10                                          The Honorable Susan Illston
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GERRY
WILLIAMS. CDCR NO. D-77087