1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  NEAH HUYNH
   Deputy Attorney General
4  State Bar No. 235377
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5720
6    Fax:  (415) 703-5843
     E-mail:  Neah.Huynh@doj.ca.gov
7  *Attorneys for Defendants Tuntakit and Roach*

8  QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP
9  TOJI CALABRO, State Bar No. 239950
     50 California Street, 22nd Floor
10   San Francisco, California  94111
     tojicalabro@quinnemanuel.com
11   Telephone:  (415) 875-6600
     Facsimile:  (415) 875-6700
12 *Attorneys for Plaintiff Gerry Williams*

13

14                    IN THE UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18  **GERRY WILLIAMS,**                    Case No. C 04-2409 SI

19                          Plaintiff,     **STIPULATION AND [PROPOSED]**
                                           **ORDER VACATING ORDERS**
20              v.                         **DIRECTING THE CDCR TO**
                                           **TRANSPORT INMATES JEFFREY**
21  **LIEUTENANT ROSS, et al.,**           **LEON MOORE, CHARLES JORDAN,**
                                           **LAMBERT CHAMBERS, AND GERRY**
22                          Defendants.    **WILLIAMS**

23                                         **(Dockets 159, 164, 165, and 166)**

24                                         The Honorable Susan Illston

25

26  ///

27  ///

28  ///

                                   1

1    The parties request that the Court vacate its orders directing the California Department of

2  Corrections and Rehabilitation (CDCR) to transport inmates Jeffrey Leon Moore (CDCR No. D-

3  01082), Charles Jordan (CDCR No. B-54540), Lambert Chambers (CDCR No. C-17074), and

4  Gerry Williams (CDCR No. D-77087) to the United States District Court in San Francisco,

5  California for the May 11, 2009 trial in this matter.  (Order re: Jeffrey Leon Moore (Docket 159),

6  Mar. 27, 2009; Order re: Charles Jordan (Docket 164), Apr. 7, 2009; Order re: Lambert Chambers

7  (Docket 165), Apr. 7, 2009; Order re: Gerry Williams (Docket 166), April 7, 2009.)

8    The parties so stipulate on April 9, 2009.

9  EDMUND G. BROWN JR.                          QUINN EMANUEL URQUHART OLIVER

10  Attorney General of the State of California     & HEDGES, LLP

11  /s/ Neah Huynh                                   /s/ Jason Toji Calabro

12  _____                    _____
   NEAH HUYNH                                    Jason Toji Calabro
13  Deputy Attorney General                      Attorneys for Plaintiff Gerry Williams
   Attorneys for Defendants Tuntakit and Roach

14

15    ************************************************

16    IN ACCORDANCE WITH THIS STIPULATION, the Court hereby vacates the orders

17  directing the CDCR to transport inmates Jeffrey Leon Moore (CDCR No. D-01082), Charles

18  Jordan (CDCR No. B-54540), Lambert Chambers (CDCR No. C-17074), and Gerry Williams

19  (CDCR No. D-77087) to the United States District Court in San Francisco, California for the May

20  11, 2009 trial in this matter.  (Order re: Jeffrey Leon Moore (Docket 159), Mar. 27, 2009; Order

21  re: Charles Jordan (Docket 164), Apr. 7, 2009; Order re: Lambert Chambers (Docket 165), Apr.

22  7, 2009; Order re: Gerry Williams (Docket 166), April 7, 2009.)

23    It is so ordered.

24

25  _____                    _____
26  Date                                         The Honorable Susan Illston
                                                United States District Judge
27  SF2004401304; 20193673.doc

28

2

Stipulation & [Proposed] Order Vacating Orders Directing CDCR to Transport Inmates Jeffrey Leon Moore,
Charles Jordan, Lambert Chambers, & Gerry Williams (Case No. C 04-2409 SI)