QUINN EMANUEL URQUHART &
SULLIVAN, LLP
J. Toji Calabro, State Bar No. 239950
 50 California Street, 22nd Floor
 San Francisco, California  94111
 tojicalabro@quinnemanuel.com
 Telephone:  (415) 875-6600
 Facsimile:  (415) 875-6700
*Attorneys for Plaintiff Gerry Williams*

EDMUND G. BROWN JR.
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
TIM MCDONOUGH, State Bar No. 235850
Deputy Attorney General
 Telephone:  (415) 703-5606
 Email:  Tim.McDonough@doj.ca.gov
NEAH HUYNH, State Bar No. 235377
Deputy Attorney General
 Telephone:  (415) 703-5720
 Email:  Neah.Huynh@doj.ca.gov
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Fax: (415) 703-5843
 *Attorneys for Defendants Tuntakit and Roach*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GERRY WILLIAMS ,** | Case No. C 04-2409 SI |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **v.** | |
| **LIEUTENANT ROSS, et al.,** | Judge:  The Honorable Susan Illston |
| Defendants. | |

1

2

3        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys

for the parties herein, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this

action is hereby dismissed with prejudice with each party to bear its own attorneys fees and

costs.

4

5

6

7        /s/ *Jason Toji Calabro*                              /s/ *Timothy McDonough*

8    By:    J. Toji Calabro                         By:    Tim McDonough
            QUINN EMANUEL URQUHART &                         Neah Huynh
9           SULLIVAN, LLP                                    DEPUTY ATTORNEY GENERAL
            50 California Street, 22nd Floor                 455 Golden Gate Avenue, Suite 11000
10          San Francisco, California  94111                 San Francisco, CA  94102-7004
            Telephone: (415) 875-6600                        Telephone: (415) 703-5606
11          Facsimile:  (415) 875-6700                       Facsimile:  (415) 703-5843

12          *Attorneys for Plaintiff*                        *Attorneys for Defendants*

13

14

15

16

17      

18

19

20

21

22

23

24

25

26

27

28
                                             2